**SEALED** **FILED**

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   2:11-CR-325 WBS
                                   )
SEALED,                            )
                                   )
            Defendants.            )
                                   )
_____)

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the defendant's arrest or until further order of the Court.

DATED: July 28, 2011

GREGORY G. HOLLOWS
United States Magistrate Judge

1