

FILED

AUG - 1 2011

CLERK, U.S. DISTRICT **COURT**
EASTERN DISTRICT OF **CALIFORNIA**
BY _____
          DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )
12            Plaintiff,               )   D.C. NO. 2-11-CR-325 WBS
                                       )
13       v.                            )   APPLICATION AND ORDER
                                       )   FOR UNSEALING INDICTMENT
14  OLIVER P. KIM,                     )
                                       )
15            Defendant.               )
    _____)

16

17       On July 28, 2011, the indictment was filed in the above-

18  referenced case.  Since the defendant has now been arrested, it is

19  no longer necessary for the indictment to be sealed.  The government

20  respectfully requests that the indictment be unsealed.

21  DATED: August 1, 2011           BENJAMIN B. WAGNER
                                    United States Attorney
22

23                                  By: _____
                                        KYLE F. REARDON
24                                      Assistant U.S. Attorney

25                                  ORDER
    SO ORDERED:
26
    DATED: August 1, 2011
27                                  _____
                                    HON. KENDALL J. NEWMAN
28                                  U.S. Magistrate Judge

                                 1