**FILED**
August 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                          )<br>                          Plaintiff,            )<br>v.                                                       )<br>                                                          )<br>OLIVER P. KIM,                                 )<br>                                                          )<br>                          Defendant.         ) | CASE NUMBER: 2:11-cr-00325 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Oliver P. Kim</u>; Case <u>2:11-cr-00325 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured Appearance Bond in the amount of <u>$25,000.00</u>

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    <u>X</u>  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>8/1/2011</u>  at  2:55 pm

By  _____
Kendall J. Newman
United States Magistrate Judge