Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLIVER P. KIM, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:11 CR-00325-WBS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from September 12, 2011 to November 14, 2011 at 9:00 a.m. They stipulate that the time between September 12, 2011 and November 14, 2011 should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant has reasonable time to review the Government's initial discovery and to obtain the services of an expert to review the computer evidence against the defendant. The parties stipulate and agree that the interests of justice served by granting this

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            **THE ROSENFELD LAW FIRM**

DATE: September 9, 2011        By:   /s/ Kenneth L. Rosenfeld[1]
                                                  KENNETH L. ROSENFELD
                                                  Attorney for Defendant

DATE: September 9, 2011              /s/ Kyle Reardon
                                                  KYLE REARDON
                                                  Assistant United States Attorney

                                                      **SO ORDERED.**

DATE:  September 8, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.