```
 1  Kenneth L. Rosenfeld, SBN 186060
    THE ROSENFELD LAW FIRM
 2  1000 G Street, Suite 240
    Sacramento, California 95814
 3  Telephone: (916) 447-2070
    Facsimile: (916) 447-2097
 4  E-mail: klresq@therosenfeldlawfirm.com

 5  Attorney for Defendant
    Oliver P. Kim
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CASE NO. 2:11 CR-00325-WBS
                                 )
12             Plaintiff,        )
                                 )   STIPULATION AND [PROPOSED]
13       v.                      )   ORDER TO EXCLUDE TIME
                                 )
14  OLIVER P. KIM,               )
                                 )
15                               )
               Defendant.        )
16  _____)
```

17       The parties request that the status conference in this case be
18  continued from March 5, 2012 at 9:30 a.m. to May 14, 2012 at 9:30
19  a.m..  They stipulate that the time between March 5, 2012, and May
20  14, 2012 should be excluded from the calculation of time under the
21  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
22  The parties stipulate that the ends of justice are served by the
23  Court excluding such time, so that counsel for the defendant has
24  reasonable time to consult with experts and meet with his client;
25  complete estate matters following the death of counsel's mother in
26  New York; then prepare for and complete trial in a child homicide
27  case in the Sacramento Superior Court.  Additionally, AUSA Kyle
28

                                    1

Reardon will be preparing for, and engaging in trial in a complex matter from approximately mid-April to the week of May 7, 2012.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

**THE ROSENFELD LAW FIRM**

DATE: February 28, 2012         By:    /s/ Kenneth L. Rosenfeld[1]
                                       KENNETH L. ROSENFELD
                                       Attorney for Defendant

DATE: February 28, 2012                /s/ Kyle Reardon
                                       KYLE REARDON
                                       Assistant United States Attorney

**SO ORDERED.**

DATE:   February 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.