

```
Kenneth L. Rosenfeld, SBN 186060
THE ROSENFELD LAW FIRM
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11 CR-00325-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| OLIVER P. KIM, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Kenneth L. Rosenfeld, attorney for defendant, that the conditions of Mr. Kim's release be modified to eliminate Condition No. 20, that Mr. Kim submit to random drug testing.

The Court is advised that this modification is recommended by the Pretrial Services Office based upon the lack of any positive test in more than 2 years during which Mr. Kim has been tested, as well as his continuing full compliance with his conditions of release.

All of the remaining conditions of release shall remain in full effect.

**IT IS SO STIPULATED:**

DATE: November 1, 2012        By:     /s/ Kenneth L. Rosenfeld[1]
                                      KENNETH L. ROSENFELD
                                      Attorney for Defendant


DATE: November 1, 2012                /s/ Kyle Reardon
                                      KYLE REARDON
                                      Assistant United States Attorney


## ORDER

The above stipulation of counsel is accepted, and the requested modification of conditions is granted.

**IT IS SO ORDERED.**

Dated: 11/1/12

_____
HON. DALE A. DROZD
United States Magistrate Judge

---

[1]AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.

Stipulation & Order Modifying Conditions of Release                                2

## AMENDED SPECIAL CONDITIONS OF RELEASE

RE: Oliver P. Kim
Doc. No. 2:11-CR-325-WBS

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall submit to DNA testing as directed by the United States Attorney's Office (stayed);

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.

RE:   Oliver P. Kim
Page 2


9.   You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10.   You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11.   You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

   **CURFEW:** You shall be subject to a curfew as directed by the pretrial services officer.

   You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12.   You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

13.   You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

14.   You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. You shall remove the one personal computer at your residence;

15.   You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

**RE:   Oliver P. Kim**
**Page 3**

16. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

17. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

18. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

19. You shall allow Pretrial Services to install monitoring software on any computers to which you have access, as approved by the Court, and you shall not remove, tamper with, or in any way circumvent the software;

**DATE: 10/25/12**