BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>OLIVER P. KIM,<br><br>            Defendant. | 2:11-CR-00325-WBS<br><br>FINAL ORDER OF FORFEITURE |

   WHEREAS, on or about August 17, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon defendant's entry of a guilty plea and the Factual Basis for Plea filed August 6, 2012, forfeiting to the United States the following property:

   a.   One HP Pavilion laptop computer, serial number CNF7507WGS;

   b.   One Seagate hard drive, serial number 5MA8EZPJ;

   c.   One Seagate external hard drive, serial number 5Qd0Q129; and

   d.   One Seagate external hard drive, serial number 5QG0SYRM.

   AND WHEREAS, beginning on August 22, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

Final Order of Forfeiture

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of Oliver P. Kim.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of February, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE