<table>
<tr><td>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA</td><td>**FILED**<br>December 14, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLIVER P. KIM,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00325-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  OLIVER P. KIM , Case No.  2:11-cr-00325-WBS , Charge 18 U.S.C. § 3606 , from custody for the following reasons:

　　__X__　Release on previously imposed supervised release conditions

　　_____　Bail Posted in the Sum of $ _____

　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　_____ Appearance Bond with 10% Deposit

　　　　　_____ Appearance Bond with Surety

　　　　　_____ Corporate Surety Bail Bond

　　　　　_____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

　　__X__　30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 14, 2022 at 2:55 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE