| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|  | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
|  | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
|  | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
|  | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
|  | OLIVER P. KIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:11-cr-00325-WBS |
| v. | STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |
| OLIVER P. KIM, Defendant. |  |
|  | New Date:  January 17, 2023 |
|  | Time:  9:00 a.m. |
|  | Senior District Judge William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, NICHOLAS FOGG, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, OLIVER P. KIM, that the Admit/Deny Hearing set for January 9, 2023, at 9:00 a.m. be continued to January 17, 2023 at 9:00 a.m. to allow the parties additional time to discuss the case.  The Probation Officer concurs with this request.  Mr. Kim is out of custody.

DATED: December 22, 2022          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Attorney for Defendant
                                  OLIVER P. KIM

Stipulation – KIM

DATED: December 22, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Nicholas Fogg
NICHOLAS FOGG
Assistant U.S. Attorney
Attorney for the United States

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Admit/Deny Hearing is reset for January 17, 2023 at 9:00 a.m.

Dated: December 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation – KIM