| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | OLIVER P. KIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:11-cr-00325-WBS |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | ADMIT/DENY HEARING |
| OLIVER P. KIM, | ) | |
| | ) | New Date: Tuesday, February 21, 2023 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Senior District Judge William B. Shubb |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, NICHOLAS FOGG, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, OLIVER P. KIM, that the Admit/Deny Hearing set for January 17, 2023, at 1:30 p.m. be continued to February 20, 2023 at 9:00 a.m. to allow the parties additional time to discuss the case and the state of the evidence in light of a superseding petition just filed. The Probation Officer concurs with this request. Mr. Kim is out of custody.

DATED: January 11, 2023                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
                                           Attorney for Defendant
                                           OLIVER P. KIM

Stipulation – KIM

DATED: January 11, 2023         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Nicholas Fogg
                                NICHOLAS FOGG
                                Assistant U.S. Attorney
                                Attorney for the United States

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Admit/Deny Hearing is continued to **February 21, 2023 at 9:00 a.m.**

Dated: January 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation – KIM