1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
3   OFFICE OF THE FEDERAL DEFENDER
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Tel: 916-498-5700/Fax: 916-498-5710
5
    Attorney for Defendant
6   OLIVER P. KIM

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,          )   Case No:  2:11-cr-00325-WBS
10                                      )
                                        )
11  v.                                  )   STIPULATION AND ORDER TO CONTINUE
                                        )   ADMIT/DENY HEARING
12  OLIVER P. KIM,                      )
                                        )   New Date:  March 27, 2023
13              Defendant.              )   Time:  9:00 a.m.
                                        )   Senior District Judge William B. Shubb
14                                      )
                                        )
15
           IT IS HEREBY STIPULATED by and between the parties through their respective

16  counsel, NICHOLAS FOGG, Assistant United States Attorney, attorney for the Government,

17  and RACHELLE BARBOUR, attorney for Defendant, OLIVER P. KIM, that the Admit/Deny

18  Hearing set for February 21, 2023 at 9:00 a.m. be continued to March 27, 2023 at 9:00 a.m. to

19  allow the parties additional time to discuss the case and the state of the evidence prior to the

20  court date.  The Probation Officer concurs with this request.  Mr. Kim is out of custody.

21
    DATED: February 15, 2023              HEATHER E. WILLIAMS
22                                        Federal Defender

23                                        /s/ Rachelle Barbour
24                                        RACHELLE BARBOUR
                                          Attorney for Defendant
25                                        OLIVER P. KIM

26

27

28

    Stipulation – KIM

1    DATED:  February 15, 2023            PHILLIP A. TALBERT
                                          United States Attorney
2

3                                         /s/ Nicholas Fogg
                                          NICHOLAS FOGG
4                                         Assistant U.S. Attorney
                                          Attorney for the United States
5

6                                          O R D E R

7

          The Court, having received, read, and considered the stipulation of the parties, and good
8
     cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
9

10   Dated:  February 16, 2023

11                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     Stipulation – KIM