| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Tel: 916-498-5700/Fax: 916-498-5710 |

Attorney for Defendant
OLIVER P. KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No:  2:11-cr-00325-WBS |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | ADMIT/DENY HEARING |
| OLIVER P. KIM, | ) | |
| | ) | New Date: April 10, 2023 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Senior District Judge William B. Shubb |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, NICHOLAS FOGG, Assistant United States Attorney, attorney for the Government, and RACHELLE BARBOUR, attorney for Defendant, OLIVER P. KIM, that the Admit/Deny Hearing set for April 3, 2023 at 9:00 a.m. be continued to April 10, 2023 at 9:00 a.m. to allow the parties additional time to discuss the case and the state of the evidence prior to the court date. The Probation Officer has not objection to this request.  Mr. Kim is out of custody.

DATED: March 28, 2023                    HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Attorney for Defendant
                                         OLIVER P. KIM

Stipulation – KIM

DATED: March 28, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ Nicholas Fogg
NICHOLAS FOGG
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Dated: March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation – KIM